UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18 C 234 |
| | ) | |
| FOUR ASSORTED FIREARMS | ) | Judge Lee |
| AND ASSORTED AMMUNITION | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION OF THE UNITED STATES OF AMERICA
FOR ENTRY OF A DEFAULT DECREE OF FORFEITURE**

The United States of America, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, moves this Court for the entry of a default decree of forfeiture. In support of this motion, the United States of America states as follows:

1. On January 12, 2018, the United States commenced this *in rem* civil forfeiture action against: (i) one Dan Wesson Arms, .44 caliber revolver, Centurion model, serial number SB014162; (ii) one Para USA, Inc., .45 caliber pistol, 1911 Black OPS model, serial number PA013739; with four magazine clips; (iii) one Mossberg, 12 gauge shotgun, 500 model, serial number U006014; (iv) one Mossberg, 12 gauge shotgun, 590 Blackwater model, serial number U54 5412; and (v) 239 rounds of assorted .45 caliber ammunition, by the filing of a civil complaint in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure and pursuant to 18 U.S.C. § 924(d)(1).

2. On the same date, the Clerk of Court issued arrest warrants *in rem* to be executed by the Bureau of Alcohol, Tobacco, Firearms and Explosives against the defendant property.

3. On January 25, 2018, the Bureau of Alcohol, Tobacco, Firearms and Explosives personally served the defendant funds. The executed arrest warrants *in rem* are attached as Exhibit A.

4. The United States gave notice of this action to all known potential claimants and record owners including Ira Burdine ("Burdine"). A copy of the certificate of service is attached as Exhibit B.

5. Pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, notice of the civil judicial forfeiture proceeding was posted on an official government internet site for at least 30 consecutive days, beginning on January 13, 2018. A declaration of publication is attached as Exhibit C.

6. To date, no claim or answer has been filed for the defendant property and the time for filing such a claim, answer or other responsive pleading has expired under applicable law.

7. Based on the verified complaint for forfeiture and the attached affidavit of Special Agent Levi M. Tinder of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), the United States has established that the foregoing firearms and ammunition were in the possession of a person who is an unlawful user of a controlled substance in violation of 18 U.S.C. § 922(g)(3), and/or would be received by a person who is under felony indictment in violation of 18 U.S.C. §922(n), and are therefore forfeitable to the United States pursuant to 18 U.S.C. § 924(d)(1).

WHEREFORE, the United States of America requests that this court enter a default decree of forfeiture in favor of the United States of America and against the defendant property.  A draft order is submitted herewith.

        Respectfully submitted,

        JOHN R. LAUSCH, Jr.
        United States Attorney

        By: /s/ Daniel E. May
           DANIEL E. MAY
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 353-5300
           daniel.may@usdoj.gov