# Exhibit A

# ARREST WARRANT *IN REM*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

No. 18 C 234
Judge John Z. Lee

*To the Bureau of Alcohol, Tobacco, Firearms and Explosives:*

Whereas, on the 12th of January, A.D. 2018, a Verified Complaint for Forfeiture was filed in the United States District Court for Northern District of Illinois, by JOHN R. LAUSCH, JR., United States Attorney for said District, on behalf of the United States, against:

one Dan Wesson Arms, .44 caliber revolver, Centurion model, serial number: SB014162,

and praying that all persons interested in said property may be cited in general and special, to answer the premises; and due proceedings being had, that the said property may, for the causes in said complaint mentioned, be condemned as forfeit to use of the United States.

YOU ARE THEREFORE HEREBY COMMANDED to arrest and seize the defendant property, and use whatever means appropriate to protect and maintain said defendant property, and to provide notice of this action to all persons thought to have an interest in or claim against the defendant property, and that you shall promptly, after execution of this process, file the same in this Court with your return thereon.

All persons asserting an interest in the defendant property and who have received direct notice of the forfeiture action must file a Verified Claim with the Clerk of this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty and Maritime for Forfeiture Actions, **thirty-five (35) days** after the notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than sixty (60) days after the first day of publication on an official internet government forfeiture site; or within the time that the Court allows, provided any request for an extension of time from the Court is made prior to the expiration of time which the person must file such verified claim. In addition, any person having filed such a claim shall also serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **twenty-days (21) days** after filing the claim.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| CLERK OF COURT **THOMAS G. BRUTON** *[signature]* (BY) DEPUTY CLERK | DATE 1-12-2018 |

RETURNABLE _____ DAYS AFTER ISSUE

| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES RETURN ||
|---|---|
| DISTRICT **NDIL** | DATE THE WRIT WAS RECEIVED AND EXECUTED 1/25/18 |
| CELINEZ NUNEZ SPECIAL AGENT IN CHARGE | (BY) *[signature]* S/A Levi Tinder |

# ARREST WARRANT *IN REM*

UNITED STATES DISTRICT COURT  
FOR THE  
NORTHERN DISTRICT OF ILLINOIS  
EASTERN DIVISION

No. 18 C 234  
Judge John Z. Lee

*To the Bureau of Alcohol, Tobacco, Firearms and Explosives:*

Whereas, on the 12th of January, A.D. 2018, a Verified Complaint for Forfeiture was filed in the United States District Court for Northern District of Illinois, by JOHN R. LAUSCH, JR., United States Attorney for said District, on behalf of the United States, against:

one Para USA, Inc., .45 caliber pistol, 1911 Black OPS model,  
serial number PA013739, with four magazine clips,

and praying that all persons interested in said property may be cited in general and special, to answer the premises; and due proceedings being had, that the said property may, for the causes in said complaint mentioned, be condemned as forfeit to use of the United States.

YOU ARE THEREFORE HEREBY COMMANDED to arrest and seize the defendant property, and use whatever means appropriate to protect and maintain said defendant property, and to provide notice of this action to all persons thought to have an interest in or claim against the defendant property, and that you shall promptly, after execution of this process, file the same in this Court with your return thereon.

All persons asserting an interest in the defendant property and who have received direct notice of the forfeiture action must file a Verified Claim with the Clerk of this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty and Maritime for Forfeiture Actions, **thirty-five (35) days** after the notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than sixty (60) days after the first day of publication on an official internet government forfeiture site; or within the time that the Court allows, provided any request for an extension of time from the Court is made prior to the expiration of time which the person must file such verified claim. In addition, any person having filed such a claim shall also serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **twenty-days (21) days** after filing the claim.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| CLERK OF COURT **THOMAS G. BRUTON** <br> _[signature]_ (BY) DEPUTY CLERK | DATE <br> 1-12-2018 |

RETURNABLE _____ DAYS AFTER ISSUE

| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES RETURN ||
|---|---|
| DISTRICT <br> **NDIL** | DATE THE WRIT WAS RECEIVED AND EXECUTED <br> 1/25/18 |
| CELINEZ NUNEZ <br> SPECIAL AGENT IN CHARGE | (BY) _[signature]_ S/A Levi Tinder |

# ARREST WARRANT *IN REM*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

No. 18 C 234
Judge John Z. Lee

*To the Bureau of Alcohol, Tobacco, Firearms and Explosives:*

Whereas, on the 12th of January, A.D. 2018, a Verified Complaint for Forfeiture was filed in the United States District Court for Northern District of Illinois, by JOHN R. LAUSCH, JR., United States Attorney for said District, on behalf of the United States, against:

one Mossberg, 12 gauge shotgun, 500 model, serial number U006014,

and praying that all persons interested in said property may be cited in general and special, to answer the premises; and due proceedings being had, that the said property may, for the causes in said complaint mentioned, be condemned as forfeit to use of the United States.

YOU ARE THEREFORE HEREBY COMMANDED to arrest and seize the defendant property, and use whatever means appropriate to protect and maintain said defendant property, and to provide notice of this action to all persons thought to have an interest in or claim against the defendant property, and that you shall promptly, after execution of this process, file the same in this Court with your return thereon.

All persons asserting an interest in the defendant property and who have received direct notice of the forfeiture action must file a Verified Claim with the Clerk of this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty and Maritime for Forfeiture Actions, **thirty-five (35) days** after the notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than sixty (60) days after the first day of publication on an official internet government forfeiture site; or within the time that the Court allows, provided any request for an extension of time from the Court is made prior to the expiration of time which the person must file such verified claim. In addition, any person having filed such a claim shall also serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **twenty-days (21) days** after filing the claim.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| CLERK OF COURT **THOMAS G. BRUTON** <br> _[signature]_ (BY) DEPUTY CLERK | DATE <br> 1-12-2018 |

RETURNABLE _____ DAYS AFTER ISSUE

| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES RETURN ||
|---|---|
| DISTRICT <br> **NDIL** | DATE THE WRIT WAS RECEIVED AND EXECUTED <br> 1/25/18 |
| CELINEZ NUNEZ <br> SPECIAL AGENT IN CHARGE | (BY) _[signature]_ S/A Levi Tinder |

# ARREST WARRANT *IN REM*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

No. 18 C 234
Judge John Z. Lee

*To the Bureau of Alcohol, Tobacco, Firearms and Explosives:*

Whereas, on the 12th of January, A.D. 2018, a Verified Complaint for Forfeiture was filed in the United States District Court for Northern District of Illinois, by JOHN R. LAUSCH, JR., United States Attorney for said District, on behalf of the United States, against:

one Mossberg, 12 gauge shotgun, 590 Blackwater model, serial number U545412,

and praying that all persons interested in said property may be cited in general and special, to answer the premises; and due proceedings being had, that the said property may, for the causes in said complaint mentioned, be condemned as forfeit to use of the United States.

YOU ARE THEREFORE HEREBY COMMANDED to arrest and seize the defendant property, and use whatever means appropriate to protect and maintain said defendant property, and to provide notice of this action to all persons thought to have an interest in or claim against the defendant property, and that you shall promptly, after execution of this process, file the same in this Court with your return thereon.

All persons asserting an interest in the defendant property and who have received direct notice of the forfeiture action must file a Verified Claim with the Clerk of this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty and Maritime for Forfeiture Actions, **thirty-five (35) days** after the notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than sixty (60) days after the first day of publication on an official internet government forfeiture site; or within the time that the Court allows, provided any request for an extension of time from the Court is made prior to the expiration of time which the person must file such verified claim. In addition, any person having filed such a claim shall also serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **twenty-days (21) days** after filing the claim.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| CLERK OF COURT **THOMAS G. BRUTON** <br> _(signature)_ (BY) DEPUTY CLERK | DATE <br> 1-12-2018 |

RETURNABLE _____ DAYS AFTER ISSUE

| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES RETURN ||
|---|---|
| DISTRICT <br> **NDIL** | DATE THE WRIT WAS RECEIVED AND EXECUTED <br> 1/25/18 |
| CELINEZ NUNEZ <br> SPECIAL AGENT IN CHARGE | (BY) _(signature)_ SJA Levi Tinder |

# ARREST WARRANT *IN REM*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

No. 18 C 234
Judge John Z. Lee

*To the Bureau of Alcohol, Tobacco, Firearms and Explosives:*

Whereas, on the 12th of January, A.D. 2018, a Verified Complaint for Forfeiture was filed in the United States District Court for Northern District of Illinois, by JOHN R. LAUSCH, JR., United States Attorney for said District, on behalf of the United States, against:

239 rounds of assorted .45 caliber ammunition,

and praying that all persons interested in said property may be cited in general and special, to answer the premises; and due proceedings being had, that the said property may, for the causes in said complaint mentioned, be condemned as forfeit to use of the United States.

YOU ARE THEREFORE HEREBY COMMANDED to arrest and seize the defendant property, and use whatever means appropriate to protect and maintain said defendant property, and to provide notice of this action to all persons thought to have an interest in or claim against the defendant property, and that you shall promptly, after execution of this process, file the same in this Court with your return thereon.

All persons asserting an interest in the defendant property and who have received direct notice of the forfeiture action must file a Verified Claim with the Clerk of this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty and Maritime for Forfeiture Actions, **thirty-five (35) days** after the notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than sixty (60) days after the first day of publication on an official internet government forfeiture site; or within the time that the Court allows, provided any request for an extension of time from the Court is made prior to the expiration of time which the person must file such verified claim. In addition, any person having filed such a claim shall also serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **twenty-days (21) days** after filing the claim.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| CLERK OF COURT **THOMAS G. BRUTON** _(signature)_ (BY) DEPUTY CLERK | DATE 1-12-2018 |

RETURNABLE _____ DAYS AFTER ISSUE

| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES RETURN ||
|---|---|
| DISTRICT **NDIL** | DATE THE WRIT WAS RECEIVED AND EXECUTED 1/25/18 |
| CELINEZ NUNEZ SPECIAL AGENT IN CHARGE | (BY) _(signature)_ S/A Levi Tinder |

# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>FOUR ASSORTED FIREARMS<br>AND ASSORTED AMMUNITION,<br><br>     Defendant. | Civil No. 18 C 234<br><br>**CERTIFICATE OF SERVICE** |

On this 12th day of January 2018, I, Mary Beth Ryan, a non-attorney, certify that pursuant to Supp. R. for Adm. M. and Forf. Claims G(4), I sent a Notice of Judicial Forfeiture Proceeding, a copy of the Complaint In Rem, and a copy of the Warrant to be served upon:

Ira Burdine

via regular and certified mail

by enclosing said properly addressed envelope, postage paid, and depositing same in the United States mail at 219 S. Dearborn, Chicago, Illinois before the hour of 5:00 p.m. on the 12th day of January 2018.

                 MARY BETH RYAN
                 Contract Paralegal

SUBSCRIBED and SWORN to before me
this 12 day of January, 2018

_____
NOTARY PUBLIC

CHRISTINE C. REKASH
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
January 29, 2018

# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 18 C 234 |
| | ) | |
| Four Assorted Firearms and Assorted Ammunition | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 13, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 12, 2018 at Chicago, IL.

_____
Mary Beth Ryan
Contract Forfeiture Paralegal

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
# COURT CASE NUMBER: 18 C 234; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 924(d), the United States filed a verified Complaint for Forfeiture against the following property:

one Dan Wesson Arms, .44 caliber revolver, Centurion model, serial number SB014162,

one Para USA, Inc., .45 caliber pistol, 1911 Black OPS model, serial number PA013739, with four magazine clips,

one Mossberg, 12 gauge shotgun, 500 model, serial number U006014,

one Mossberg, 12 gauge shotgun, 590 Blackwater model, serial number U545412, and

239 rounds of assorted .45 caliber ammunition.

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (January 13, 2018) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, United States Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, IL 60604, and copies of each served upon Assistant United States Attorney Daniel May, 219 South Dearborn, Room 500, Chicago, IL 60604, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 13, 2018 and February 11, 2018. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Four Assorted Firearms and Assorted Ammunition

**Court Case No:** 18 C 234
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/13/2018 | 24.0 | Verified |
| 2 | 01/14/2018 | 24.0 | Verified |
| 3 | 01/15/2018 | 24.0 | Verified |
| 4 | 01/16/2018 | 24.0 | Verified |
| 5 | 01/17/2018 | 24.0 | Verified |
| 6 | 01/18/2018 | 24.0 | Verified |
| 7 | 01/19/2018 | 24.0 | Verified |
| 8 | 01/20/2018 | 24.0 | Verified |
| 9 | 01/21/2018 | 24.0 | Verified |
| 10 | 01/22/2018 | 24.0 | Verified |
| 11 | 01/23/2018 | 24.0 | Verified |
| 12 | 01/24/2018 | 24.0 | Verified |
| 13 | 01/25/2018 | 24.0 | Verified |
| 14 | 01/26/2018 | 24.0 | Verified |
| 15 | 01/27/2018 | 24.0 | Verified |
| 16 | 01/28/2018 | 24.0 | Verified |
| 17 | 01/29/2018 | 24.0 | Verified |
| 18 | 01/30/2018 | 24.0 | Verified |
| 19 | 01/31/2018 | 24.0 | Verified |
| 20 | 02/01/2018 | 24.0 | Verified |
| 21 | 02/02/2018 | 23.9 | Verified |
| 22 | 02/03/2018 | 24.0 | Verified |
| 23 | 02/04/2018 | 24.0 | Verified |
| 24 | 02/05/2018 | 24.0 | Verified |
| 25 | 02/06/2018 | 24.0 | Verified |
| 26 | 02/07/2018 | 24.0 | Verified |
| 27 | 02/08/2018 | 24.0 | Verified |
| 28 | 02/09/2018 | 24.0 | Verified |
| 29 | 02/10/2018 | 24.0 | Verified |
| 30 | 02/11/2018 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.