UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18 C 234 |
| | ) | |
| FOUR ASSORTED FIREARMS | ) | Judge Lee |
| AND ASSORTED AMMUNITION | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFAULT DECREE OF FORFEITURE**

This cause coming before the court on the United States of America's motion for the entry of a default decree of forfeiture, and due notice having been given, and the Court having been fully advised finds as follows:

(a) On January 12, 2018, the United States commenced this *in rem* civil forfeiture action against: (i) one Dan Wesson Arms, .44 caliber revolver, Centurion model, serial number SB014162; (ii) one Para USA, Inc., .45 caliber pistol, 1911 Black OPS model, serial number PA013739; with four magazine clips; (iii) one Mossberg, 12 gauge shotgun, 500 model, serial number U006014; (iv) one Mossberg, 12 gauge shotgun, 590 Blackwater model, serial number U545412; and (v) 239 rounds of assorted .45 caliber ammunition, by the filing of a civil complaint in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure and pursuant to 18 U.S.C. § 924(d)(1).

(b) On the same date, the Clerk of the Court issued arrest warrants in rem to be executed by the Bureau of Alcohol, Tobacco, Firearms and Explosives against the defendant property.

(c)     On January 25, 2018, the Bureau of Alcohol, Tobacco, Firearms and Explosives personally served the defendant property.

(d)     To date, no claim or answer has been filed for the defendant property and the time for filing such a claim, answer or other responsive pleading has since expired under applicable law.

(e)     Based on the verified complaint for forfeiture and the attached affidavit of Special Agent Levi M. Tinder of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), the United States has established that the foregoing firearms and ammunition were in the possession of a person who is an unlawful user of a controlled substance in violation of 18 U.S.C. § 922(g)(3), and/or would be received by a person who is under felony indictment in violation of 18 U.S.C. §922(n), and are therefore forfeitable to the United States pursuant to 18 U.S.C. § 924(d)(1)

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

1.     That, a judgment of forfeiture is hereby entered against (i) one Dan Wesson Arms, .44 caliber revolver, Centurion model, serial number SB014162; (ii) one Para USA, Inc., .45 caliber pistol, 1911 Black OPS model, serial number PA013739; with four magazine clips; (iii) one Mossberg, 12 gauge shotgun, 500 model, serial number U006014; (iv) one Mossberg, 12 gauge shotgun, 590 Blackwater model, serial number U545412; and (v) 239 rounds of assorted .45 caliber ammunition;

2.     That, all persons or entities claiming right, title or interest in the aforementioned defendant property are held in default;

3. That, the defendant property hereby forfeit to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and shall be disposed of by the Bureau of Alcohol, Tobacco, Firearms and Explosives according to law;

4. That, this court shall retain jurisdiction over this matter to take additional action and enter further orders as necessary to implement this order.

ENTERED: *(signature)*
_____
JOHN Z. LEE
United States District Judge

DATED: 3/15/18